IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CARLOS FIGUEROA, )
)
Petitioner, )
)
v. ) CIVIL ACTION NO.: CV205-120
)
JOSE M. VAZQUEZ, Warden, )
)
Respondent. )

## ORDER

Petitioner, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted for filing an action pursuant to 28 U.S.C. § 2241. Petitioner neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated June 16, 2005, Petitioner was instructed to pay the filing fee of $5.00 or move to proceed in forma pauperis within twenty (20) days. Petitioner was further advised that his failure to comply with that notice may result in the dismissal of this action without prejudice. Petitioner has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 19th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

FIGUEROA )

vs ) CASE NUMBER CV205-120

VAZQUEZ ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/19/05 , which is part of the official record of this case.

Date of Mailing: 7/19/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Carlos Figueroa, 01795-089, FCI, 2650 Highway 301 S, Jesup, GA 31599

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate